UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GENERAL MARITIME CORPORATION, | : | CIVIL ACTION NO. |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| AIRCRAFT GUARANTY TITLE & | : | |
| TRUST, LLC, in its capacity as TRUSTEE | : | |
| Of CONTINENT AIRCRAFT TRUST NO. | : | |
| 461, and CONTINENT AIRCRAFT | : | |
| TRUST NO. 461, | : | |
|     Defendants. | : | JULY 29, 2009 |

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Aircraft Guaranty Title & Trust, LLC, in its capacity as Trustee of Continent Aircraft Trust No. 461, and Continent Aircraft Trust No. 461 hereby file this Disclosure Statement, stating that: (a) neither defendant is a publicly held corporation; and (b) there is no publicly held corporation that has an ownership interest of ten percent or more in either defendant.

Respectfully Submitted,

**DEFENDANTS,
AIRCRAFT GUARANTY TITLE & TRUST,
LLC AND CONTINENT AIRCRAFT TRUST
NO. 461**


By: _____/s/ Andrew M. Zeitlin_____
    Andrew M. Zeitlin (ct21386)
    Shipman & Goodwin LLP
    300 Atlantic Street, Third Floor
    Stamford, CT  06901-3522
    Tel. (203) 324-8100
    Fax (203) 324-8199
    E-mail: azeitlin@goodwin.com

    Their Attorney

Of Counsel:

Brian C. Dunning
Irene Ribeiro
Thompson & Knight LLP
919 Third Avenue
New York, NY 10022
Telephone: (212) 751-3001
Facsimile: (212) 751-3113

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed via first class mail, postage prepaid, on this 29th day of July, 2009 to the following:

Andrew B. Nevas, Esq.
Levett Rockwood, PC
33 Riverside Avenue
PO Box 5116
Westport, Connecticut 06881

James M. Bergin, Esq.
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY  10104-0050

_____
Andrew M. Zeitlin

1185810v1